# UNITED STATES DISTRICT COURT
## for the
Northern District of Georgia

| | |
|---|---|
| **ANDRE FELIX, individually and on behalf of a class of all persons and entities similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **LIFE LINE SCREENING OF AMERICA LTD.** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:26-cv-03952-JPB <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Mike Ash, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to LIFE LINE SCREENING OF AMERICA LTD. in Franklin County, OH on July 20, 2026 at 12:07 pm at 4400 Easton Cmns, Ste 125, Columbus, OH 43219-6223 by leaving the following documents with James Tanks who as INTAKE_SPECIALIST at CT Corp is authorized by appointment or by law to receive service of process for LIFE LINE SCREENING OF AMERICA LTD..

CIVIL COVER SHEET
CLASS ACTION COMPLAINT
SUMMONS IN A CIVIL ACTION
Race: Black or African American, Sex: Male, Est. Age: 35-44, Hair: Brown, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=40.0458932,-82.9101356
Photograph: See Exhibit 1


Total Cost: $150.00


I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Fairfield County ,

OH on 7/20/2026 .

/s/ *Mike Ash*

Signature
Mike Ash
+1 (614) 404-5119



Exhibit 1a)