**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ANDRE FELIX, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>LIFE LINE SCREENING OF AMERICA, LTD.<br><br>   Defendant. | Civil Action File No.:<br>1:26-cv-03952-JPB |

## CONSENT MOTION TO EXTEND TIME TO RESPOND

Plaintiff Andre Felix ("Felix") and Defendant Life Line Screening of America, LTD ("Life Line"), respectfully move the Court for an extension of time for Life Line to respond to the Complaint. In support, the parties show as follows:

1.     Felix filed this action on July 15, 2026. [Dkt. 1].

2.     Life Line was served with the Summons and Complaint on July 20, 2026. [Dkt. 5].

3.     Under Federal Rule of Civil Procedure 12(a)(i), a defendant must serve a response within 21 days after being served with the summons and complaint. *See* F.R. Civ. Pro. 12(a)(i); *and see* [Dkt. 5]. Therefore, the deadline for Life Line to respond to the Complaint is currently August 10, 2026. *Id.*

4.      Under Federal Rule of Civil Procedure 6(b)(1)(A), when an act must be done within a specified time, the parties may stipulate to extend the time before the original time expires. *See* Fed. R. Civ. Pro. 6(b)(1)(A).

5.      The undersigned was recently retained and the parties have conferred and agree that Life Line shall have an extension of time of thirty (30) days , up to and including September 9, 2026, to answer or otherwise respond to the Complaint.

6.      This extension is sought in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that the Court extend Defendant's deadline to answer or otherwise respond to the Complaint to and through September 9, 2026.

Respectfully submitted this 7th day of August, 2026.

[*Signatures follow*]

Consented to:

s/Valerie Chin
Valerie Chin
Georgia Bar No. 248468
CHINN LAW FIRM, LLC
600 Lynmark Way
Suite 106 # 1320
Fairburn, Georgia 30213
Telephone: (404) 955-7732
vchinn@chinnlawfirm.com

Anthony I. Paronich
*Pro Hac Vice*
PARONICH LAW, P.C.
Hingham, MA 02043
Telephone: (508) 221-1510

*Counsel for Andre Felix*

/s/ Joshua D. Curry
Joshua D. Curry
Georgia Bar No. 117378
LEWIS BRISBOIS BISGAARD & SMITH, LLP
600 Peachtree Street NE, Suite 4700
Atlanta, Georgia 30309
Telephone: (404) 348-8585
Facsimile: (404) 467-8845
josh.curry@lewisbrisbois.com
*Counsel for Life Line Screening of America*

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that the foregoing was prepared using 14-point Times new Roman font and accordingly complies with Local Rule 5.1. This certificate is given in compliance with Local Rule 7.1(D).

Dated: August 7th, 2026          /s/ Joshua D. Curry

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below the foregoing document with any attachments was filed using the Court's CM/ECF System, which caused counsel of record for the parties to be served by electronic mail, as more fully reflected on the notice of electronic filing.

Dated: August 7th, 2026          /s/ Joshua D. Curry