**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ANDRE FELIX, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE LINE SCREENING OF AMERICA, LTD.<br><br>    Defendant. | Civil Action File No.:<br>1:26-cv-03952-JPB |

**[PROPOSED] <u>ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND</u>**

The Court, having considered the Joint Motion to Extend Time to Respond to Complaint, and for good cause shown, hereby GRANTS the Motion to extend Life Line's deadline to respond thirty (30) days.

Defendant's deadline to answer or otherwise respond to the Complaint is extended to and through September 9, 2026.

It is **SO ORDERED** this _____ day of _____, 2026.

_____
Hon. J. P. Boulee
United States District Judge

181564470.1