**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ANDRE FELIX, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIFE LINE SCREENING OF AMERICA LTD.,<br><br>Defendant. | No. 1:26-cv-3952-JPB |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendant Life Line Screening of America Ltd. files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to N.D. Ga Local Rule 3.3 and Federal Rule of Civil Procedure 7.1, showing as follows:

1. The undersigned counsel of record for a party certifies that the foregoing is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of any party:

**Plaintiff:**

Andre Felix, an individual.

**Defendant:**

Life Line Screening of America Ltd. is a limited company organized under the laws of Delaware that is wholly owned by Life Line Screening Holdings, LLC. No publicly held corporation owns 10% or more of the stock of these entities.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest in which could be substantially affected by the outcome of this particular case:

**None.**

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Counsel for Plaintiff:**

**Anthony Paronich**
**PARONICH LAW, P.C.**

**Valerie Chinn**
**CHINN LAW FIRM, LLC**

**Counsel for Defendants:**

**Joshua D. Curry**
**Wazir Hossain**
**LEWIS BRISBOIS BISGAARD & SMITH LLP**

Dated: September 9, 2026

Respectfully submitted,

*/s/Joshua D. Curry*
Joshua D. Curry
Georgia Bar No. 117378
Wazir Hossain
Georgia Bar No. 128721
Lewis Brisbois Bisgaard Smith LLP

600 Peachtree St. NE, Suite 4700
Atlanta, GA 30308
Ph: 404.348.8585
Email: josh.curry@lewisbrisbois.com

*Attorneys for Defendant Life Line Screening of America Ltd.*

**CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that the foregoing was prepared using 14-point Times new Roman font and accordingly complies with Local Rule 5.1. This certificate is given in compliance with Local Rule 7.1(D).

Dated: September 9, 2026 *_/s/Joshua D. Curry_____*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below the foregoing document with any attachments was filed using the Court's CM/ECF System, which caused counsel of record for the parties to be served by electronic mail, as more fully reflected on the notice of electronic filing.

Dated: September 9, 2026 *_/s/Joshua D. Curry_____*