**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ANDRE FELIX, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIFE LINE SCREENING OF AMERICA LTD.,<br><br>Defendant. | No. 1:26-cv-3952-JPB |

**CONSENT MOTION TO EXTEND TIME AND [PROPOSED] ORDER**

Defendant Life Line Screening of America, Ltd. ("Life Line"), with the consent of Plaintiff Andre Felix ("Plaintiff"), hereby respectfully moves to extend Life Line's deadline to respond to Plaintiff's Motion to Extend the Time to File a Motion for Class Certification (Doc. 7) by 14 days to a new response date of October 2, 2026. Life Line's current response deadline is September 18, 2026, this is the first request for an extension, and this motion is not made for purposes of delay. The parties have discussed a potential consented extension of the due date for Plaintiff's class certification motion and the parties' Joint Preliminary Report and Discovery Plan is not due until October 9, 2026. Further discussions may render Plaintiff's

extension motion moot. As such, good cause supports this consented extension motion, and Life Line respectfully requests the 14-day extension be granted.

SO ORDERED this _____ day of _____________, 2026

J. P. BOULEE
U.S. DISTRICT JUDGE

Dated: September 18, 2026

Respectfully submitted,

*/s/Joshua D. Curry*
Joshua D. Curry
Georgia Bar No. 117378

*Attorney for Defendant Life Line Screening of America Ltd.*

Lewis Brisbois Bisgaard Smith LLP
600 Peachtree St. NE, Suite 4700
Atlanta, GA 30308
Ph: 404.348.8585
Email: josh.curry@lewisbrisbois.com

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that the foregoing was prepared using 14-point Times new Roman font and accordingly complies with Local Rule 5.1. This certificate is given in compliance with Local Rule 7.1(D).

Dated: September 18, 2026 *_/s/Joshua D. Curry_*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below the foregoing document with any attachments was filed using the Court's CM/ECF System, which caused counsel of record for the parties to be served by electronic mail, as more fully reflected on the notice of electronic filing.

Dated: September 18, 2026 *_/s/Joshua D. Curry_*