**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ANDRE FELIX, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIFE LINE SCREENING OF AMERICA LTD.,<br><br>Defendant. | No. 1:26-cv-3952-JPB |

**<u>JOINT REPORT PURSUANT TO LOCAL RULE 23.1(C) REGARDING COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS</u>**

Plaintiff Andre Felix ("Plaintiff") and Defendant Life Line Screening of America, Ltd. ("Defendant") (collectively, the "Parties") jointly submit this report under Local Rule 23.1(C) on whether communications between the Parties or their counsel and putative class members should be limited, and state as follows:

1. On September 11, 2026, the Parties met and conferred about whether communications between the Parties or their counsel and putative class members should be limited.

2. The Parties agree that the limitations already imposed by the Local Rules, including Local Rule 23.1(C), are sufficient at this stage of the litigation, and

that no additional restrictions on communications with putative class members are necessary.

3. Plaintiff does not currently foresee a need to contact putative class members before class certification.

4. Accordingly, the Parties do not believe it is necessary for the Court to enter an order limiting communications with putative class members at this time. The Parties reserve all rights to seek such an order if it becomes apparent that communications with putative class members would likely result in imminent and irreparable injury to any Party.

Dated: 09/25/2026

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich (admitted pro hac vice)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*

*/s/ Joshua D. Curry*
Joshua D. Curry
Georgia Bar No. 117378
Wazir Hossain
Georgia Bar No. 128721
Lewis Brisbois Bisgaard Smith LLP
600 Peachtree St. NE, Suite 4700
Atlanta, GA 30308
Ph: 404.348.8585
Email: josh.curry@lewisbrisbois.com

*Attorneys for Defendant Life Line Screening of America Ltd.*

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that the foregoing was prepared using 14-point Times new Roman font and accordingly complies with Local Rule 5.1. This certificate is given in compliance with Local Rule 7.1(D).

Dated: 09/25/2026 /s/ *Joshua D. Curry*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below the foregoing document with any attachments was filed using the Court's CM/ECF System, which caused counsel of record for the parties to be served by electronic mail, as more fully reflected on the notice of electronic filing.

Dated: 09/25/2026 /s/ *Joshua D. Curry*