**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ANDRE FELIX, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

v.

LIFE LINE SCREENING OF AMERICA LTD.,

Defendant.

No. 1:26-cv-3952-JPB

**JOINT MOTION TO EXTEND TIME AND [PROPOSED] ORDER**

Plaintiff Andre Felix and Defendant Life Line Screening of America, Ltd. ("Parties") hereby respectfully move for a 1-business day extension to Tuesday October 13, 2026 to file their Joint Preliminary Report and Discovery Plan. Good cause supports this request because the Parties have been negotiating a case schedule, are close to reaching agreement on a joint proposal, and the additional time will allow them to attempt to resolve or at least narrow their scheduling dispute.

SO ORDERED this _____ day of ______________, 2026

____________________________
J. P. BOULEE
U.S. DISTRICT JUDGE

Dated: October 9, 2026

Respectfully submitted,

/s/Joshua D. Curry
Joshua D. Curry
Georgia Bar No. 117378
Wazir Hossain
Georgia Bar No. 128721
Lewis Brisbois Bisgaard & Smith LLP
600 Peachtree St. NE, Suite 4700
Atlanta, GA 30308
Ph: 404.348.8585
Email: josh.curry@lewisbrisbois.com
wazir.hossain@lewisbrisbois.com

*Attorneys for Defendant Life Line Screening of America Ltd.*

/s/Anthony I. Paronich
Anthony I. Paronich
(admitted *pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

Valerie Chinn
Georgia Bar No. 248468
Chinn Law Firm, LLC
6000 Lynmark Way, Suite 106 #1320
Fairburn, GA 30213
Tel: (404) 955-7732
vchinn@chinnlawfirm.com

*Counsel for Plaintiff and the proposed class*

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that the foregoing was prepared using 14-point Times new Roman font and accordingly complies with Local Rule 5.1. This certificate is given in compliance with Local Rule 7.1(D).

Dated: October 9, 2026 /s/Joshua D. Curry

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below the foregoing document with any attachments was filed using the Court's CM/ECF System, which caused counsel of record for the parties to be served by electronic mail, as more fully reflected on the notice of electronic filing.

Dated: October 9, 2026 /s/Joshua D. Curry