UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANDRE FELIX,

Plaintiff,

v.

LIFE LINE SCREENING OF AMERICA, LTD.,

Defendant.

CIVIL ACTION NO.:
1:26-CV-03952-JPB

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. 16], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified.

1. As an initial matter, the Court observes that mediation could be successful here. In the event that the parties are not aware, the Court offers the services of its Magistrate Judges to mediate cases at no cost. Should the parties desire to mediate, the parties shall simply file a notice to that effect.

2. The dates proposed by the parties are approved and fully incorporated herein.[1] Thus, discovery is open and shall close on June 28, 2027.

3. The deadline to file a motion for class certification is July 28, 2027.

**SO ORDERED** this 16th day of October, 2026.

**J. P. BOULEE**
United States District Judge

[1] Given the parties' agreement and the Court's approval of that agreement, the Motion for Extension of Time [Doc. 7] is **DENIED** as moot.